G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030;
F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
KIM KOLUPSKI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM KOLUPSKI,<br><br>　　　　　Plaintiff,<br><br>CENTRAL CREDIT SERVICES, INC.; DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **Case No.: 14-cv-00642-JGB-DTB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Pursuant to FRCP 41a(1), Plaintiff, KIM KOLUPSKI, by and through her attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

　　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED:  April 24, 2014　　　　　　　**PRICE LAW GROUP APC**

　　　　　　　　　　　　　　　　　　　By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was mailed or electronically delivered to the persons listed below:

CENTRAL CREDIT SERVICES, INC.
c/o Debbie P. Kirkpatrick, Esq.
Sessions, Fishman, Nathan & Israel, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
dkirkpatrick@sessions-law.biz

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
*Attorney for Plaintiff*